UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                                 :

CONMED CORPORATION,

                                                                 :    Case No. 6:21cv-00083 (MAD) (ML)

                Plaintiff,

                                                                 :

  -against-

                                                                 :

FEDERAL INSURANCE COMPANY,

                                                                 :

                Defendant.

                                                                 :
------------------------------------------------------------ x

## **NOTICE OF APPEAL**

Notice is hereby given that Defendant Federal Insurance Company, by and through its undersigned attorneys, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment (Dkt. No. 55) granting Plaintiff CONMED Corporation's Motion for Judgment on the Pleadings (Dkt. No. 37) and denying Defendant Federal Insurance Company's Motion for Judgment on the Pleadings (Dkt. No. 38), which was entered on March 22, 2022. Pursuant to Fed. R. App. P. 4(a)(1)(A), this Notice is timely filed within thirty days after entry of the Judgment appealed from.

Dated: New York, New York
       April 21, 2022

                                        By: /s/ Lawrence Klein
                                              Lawrence Klein (Bar Roll No. 702470)
                                              ROBINSON & COLE LLP
                                              666 Third Avenue, 20th Floor
                                              New York, New York 10017
                                              Telephone: (212) 451-2950
                                              Facsimile: (212) 451-2999
                                              lklein@rc.com

                                              *Attorneys for Defendant*
                                              *Federal Insurance Company*

Of counsel, Peter R. Meggers